1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVIN WAYNE BONILLA,                    No.  2:18-cv-1355 TLN CKD P

12                  Plaintiff,

13          v.                                ORDER

14   CARA L. BEATTY,

15                  Defendant.

16

17          Plaintiff is a California prisoner proceeding pro se with a civil action.  On May 29, 2018,

18   the court ordered plaintiff to either submit a request to proceed in forma pauperis or pay the filing

19   fee.  However, the court recently learned that plaintiff is not permitted to proceed in forma

20   pauperis because he has "struck out" pursuant to Title 28 U.S.C. § 1915(g), Bonilla v. Lively,

21   4:11-cv-3180 CW (N.D. Cal. Oct. 25, 2011), and he does not allege he is under "imminent danger

22   of serious physical injury."

23   /////

24   /////

25   /////

26   /////

27   /////

28   /////

                                                  1

Accordingly, IT IS HEREBY ORDERED that:

1. The court's July 11, 2018 findings and recommendations are vacated;

2. Plaintiff's application to proceed in forma pauperis (ECF No. 8) is denied; and

3. Plaintiff is granted 14 days within which to pay the $400 filing fee for this action.

Failure to pay the filing fee within 14 days will result in dismissal.

Dated: August 27, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
boni1355.k